

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00028-CV

_____

IN RE THE STATE OF TEXAS, Relator

---

Original Proceeding
323rd District Court of Tarrant County, Texas
Trial Court No. 323-114574-20

---

Before Wallach, J.; Kerr and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

We have considered the "State's Motion to Dismiss Petition for Writ of Mandamus." We grant the motion and dismiss this original proceeding. We also vacate this court's February 1, 2021 stay order.

Per Curiam

Delivered:  March 5, 2021